UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MELVIN RAY, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>DONAL CAMPBELL and THE )<br>THE ATTORNEY GENERAL )<br>THE STATE OF ALABAMA, )<br>)<br>Respondents ) | Case No. 5:06-cv-00006-WMA-HGD |

## FINAL JUDGMENT

On October 18, 2007, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On October 26, 2007, petitioner filed objections to the magistrate judge's report and recommendation.[1]

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

---

[1] Under the "mailbox rule" enunciated in *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2397, 101 L.Ed.2d 245 (1988), the date the petition is signed and submitted by the inmate to prison authorities for mailing is the effective date of filing.

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.  Petitioner's Motion for Discovery (Doc. #12) also is DENIED.

DONE this the 28th day of November, 2007.

                                      _____
                                      WILLIAM M. ACKER, JR.
                                      UNITED STATES DISTRICT JUDGE